| | | |
|---|---|---|
| Ari H. Marcus, Esq.<br>Licensed to Practice in NJ, NY & PA<br>Ari@MarcusZelman.com<br><br>Yitzchak Zelman, Esq.<br>Licensed to Practice in NJ & NY<br>YZelman@MarcusZelman.com | **MARCUS & ZELMAN, LLC**<br>ATTORNEYS & COUNSELLORS AT LAW<br>Tel: (732) 695-3282<br>Fax: (732) 298-6256<br>www.MarcusZelman.com | NEW JERSEY OFFICE:<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br><br>NEW YORK OFFICE:<br>4 Ridgeway Terrace<br>Spring Valley, New York 10977<br><br>*All Correspondences to NJ Office* |

August 03, 2017

**VIA Electronic Filing**
The Honorable District Judge Peter G. Sheridan
United States District Court
402 East State Street
Trenton, New Jersey

    Re: Shamah v. American Honda Finance Corporation
       Case No.: 3:17-cv-03653-PGS-TJB

Dear Honorable Judge Peter Sheridan:

  The undersigned represents the Plaintiff in the above referenced matter. On June 14, 2017, the Defendant filed a Motion to Compel Arbitration. [ECF No. 10]. After reading said Motion, Plaintiff has agreed to stay this matter in Federal Court and stipulate to arbitration. A joint stipulation will be filed shortly.

  As such, plaintiff and defendants counsel respectfully request that the Oral Argument currently scheduled before Your Honor on August 07, 2017 be cancelled.

  Should Your Honor have any questions or concerns, please feel free to contact the undersigned.

          Respectfully submitted,
          s/ Ari H Marcus
          Ari H. Marcus, Esq.
          MARCUS ZELMAN, LLC

AHM/llh
cc: All counsel of record

Enc.

*[Handwritten note:] Per this letter, the Clerk is directed to please Terminate this matter administratively until mediation is completed*

SO ORDERED: [signature]
DATED: 8/9/17